UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
Plaintiff, Jonathan Casanova :           ORDER OF REFERENCE
:                                         TO A MAGISTRATE JUDGE
-v- :
:                                         07CV 3483 (GBD)(THK)
:
Defendant. Correction Officer :
Reid, et al. :
:
------------------------------------------------------------x

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)
___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose:_____
___ Habeas Corpus
___ Social Security
___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____

All such motions: ____

* Do not check if already referred for general pretrial.
Dated MAR 20 2008

SO ORDERED:

_George B. Daniels_
HON. GEORGE B. DANIELS

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 20 2008
```