07 Civ. 3483

Re: Jonathan Casanova
V.
Correction Officer Reid, et.al

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

## MEMO ENDORSED

March 11, 2008

Dear Honorable George B. Daniels

I Inmate Jonathan Casanova 07A6541 am writing you this letter to inform you of my current change of address which is Sing Sing correctional facility 354 Hunter Street Ossining New York 10562.

Although I am a plaintiff in the above case there were criminal charges filed against me for the same incident which I was arrested for on Jan. 24 2007. Shortly after my Arraignment for this matter the District Attorney offered me 30 days for a plea bargain which I declined and stated readyness for trail.

This happened about 9 or 10 months ago. Since then I have'nt had another court date.

Recently I recieved a letter from the Assistant Corporation Counsel for Michael A. Cardozo who has been assigned to the defense of the above referenced action.

The Assistant Amy N. Okereke Alleges that Plaintiff had a hearing scheduled for the criminal case on February 4th 2008. This Alleged hearing never took place, and to my knowledge never existed because I haven't had a court date for this matter since the begining of last year.

With all due respect your honor it is understandable that the pendency and outcome of this criminal case has a substantial affect on the progress of this claim but how can this favor a stay when a possible conviction or dismissal is intentionally being delayed.

Although A 30.30 motion would rectify this issue for violating my rights to a speedy trail it makes no sense if I'm not being allowed to bring this to the Judges attention on the record.

The reason for this delay is that it would be a waiste of money the D.A. to take this case to trail knowing that my main witness is a Hearing Officer and a camera

If its not to much to ask your honor can you please at least look into the situation for me because not only are my constitutional rights being violated but its also delaying the progress of my claim.

P.S. Thank You For Your Time

Sworn to me on
the date 3/11/08

*[Notary stamp:]* TYRELL HILL / NOTARY PUBLIC - STATE OF NEW YORK / NO. 01HI6097838 / QUALIFIED IN ____ COUNTY / MY COMMISSION EXPIRES _____

C.C.

Sincerely Yours

Jonathan Casanova
07A6541

The stay will be entered. This Court does not have jurisdiction over your criminal case.

**SO ORDERED**
3/31/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED TO COUNSEL OF RECORD ON 4/3/08